ERIC GRANT
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA VALADEZ; and JESUS VALADEZ, JR., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CASE NO. 1:25-cv-01082-KES-BAM <br><br> **JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND FILE JOINT SCHEDULING REPORT; [PROPOSED] ORDER** |

Plaintiffs Cynthia Valadez and Jesus Valadez, Jr. and Defendant the United States, through their respective counsel, ("the Parties"), have met and conferred regarding the time for the United States to file a responsive pleading to the Complaint. The Parties are engaged in meaningful settlement negotiations and jointly agree that the time for the United States to respond to the Complaint should be extended from November 25, 2025, to January 23, 2026, to allow for the Parties to continue the meaningful settlement negotiations.

Additionally, the Parties agree that it would be more efficient to conduct the Rule 26(f) Conference and file the Joint Scheduling Report after the United States has responded to the Complaint, if necessary. The Parties respectfully request that the date for the Joint Scheduling Conference, which Joint Scheduling Conference is set for December 2, 2025, at 9:00 a.m., be rescheduled to a new date to be set by the Court in February 2026. The Parties further agree and stipulate to file a Joint Scheduling

Report seven days prior to the new date set by the Court for the Joint Scheduling Conference.

The Parties further represent that this request is made in good faith and is not intended for purposes of delay.

Dated:  November 14, 2025                                    ERIC GRANT
                                                             United States Attorney

                                                    By:     /s/ Alyson A. Berg
                                                             ALYSON A. BERG
                                                             Assistant United States Attorney

Dated November 14, 2025                                      PEREZ, WILLIAMS, MEDINA
                                                             & RODRIGUEZ, LLP

                                                    By:     /s/ Nicolas A. Mancillas (as approved)
                                                             NICOLAS A. MANCILLAS,
                                                             Attorneys for Plaintiffs, CYNTHIA VALADEZ;
                                                             and JESUS VALADEZ, JR.

**ORDER**

Based upon the parties' joint stipulation (Doc. 5) and good cause having been shown, it is ORDERED that:

1. Defendant United States' response to the Complaint shall be filed no later than January 23, 2026; and

2. The Joint Scheduling Conference is rescheduled to **March 3, 2026, at 9:30 a.m., in Courtroom 8** of the United States District Court located at 2500 Tulare Street. The parties shall appear at the conference remotely via Zoom video conference. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required. The Joint Scheduling Report shall be filed no later than **February 24, 2026**.

IT IS SO ORDERED.

Dated:   **November 17, 2025**            /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE