UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA VALADEZ; and JESUS VALADEZ, JR.,<br><br>       Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>       Defendant. | Case No.  1:25-cv-01082-KES-FRS (EPG)<br><br>**ORDER DIRECTING THE CLERK OF COURT TO ASSIGN A MAGISTRATE JUDGE AND TO CLOSE THE CASE**<br><br>(Doc. No. 10) |

On March 2, 2026, the parties filed a stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a).  (Doc. No. 10.)   In light of the stipulation of dismissal, this action has been terminated, *see* Fed. R. Civ. P. 41(a); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the Clerk of Court is directed to assign a Magistrate Judge for the purpose of closing this case and to close this case.

IT IS SO ORDERED.

Dated:   __**March 5, 2026**__                    ___/s/ Erica P. Grosjean___
UNITED STATES MAGISTRATE JUDGE

1